Case No. 24-3318

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ALICIA NOLEN, on behalf of herself and all others similarly situated,

Plaintiff-Respondent,

v.

PEOPLECONNECT, INC.,

Defendant-Petitioner.

On Appeal from December 14, 2023 Sealed Order
and May 20, 2024 Order Granting Class Certification
United States District Court, Northern District of California
The Honorable Edward M. Chen
Case No. 20-cv-09203-EMC

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF RENEWED RULE 23(f) PETITION

Clifford W. Berlow
Debbie L. Berman
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
cberlow@jenner.com
dberman@jenner.com

Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

*Attorneys for Defendant-Petitioner PeopleConnect, Inc.*

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner PeopleConnect, Inc., respectfully requests leave to file the accompanying Reply In Support of its Renewed Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) ("Reply").

Although no Federal Rule of Appellate Procedure or Ninth Circuit Rule expressly addresses a reply in support of a Rule 23(f) petition, the Federal Rules embody the principle that a party seeking relief should be afforded the opportunity to reply. *See* Fed. R. App. P. 27(a)(4); *id.* 28(c) (permitting replies for motions and merits briefs, respectively). And this Court routinely grants motions for leave to file reply briefs in support of Rule 23(f) petitions. *See, e.g.*, *Small v. Allianz Life Insurance Co. of North America*, No. 23-80050 (9th Cir. Sept. 29, 2023), ECF No. 7; *Painters & Allied Trades District Council 82 Health Care Fund v. Takeda Pharmaceutical Co. Ltd.*, No. 23-80051 (9th Cir. Aug. 23, 2023), ECF No. 12; *Johnson v. Nissan North America, Inc.*, No. 22-80075 (9th Cir. Oct. 25, 2022), ECF No. 10; *Van v. LLR, Inc.*, No. 21-80103 (9th Cir. Dec. 10, 2021), ECF No. 8; *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, No. 19-80108 (9th Cir. Dec. 20, 2019), ECF No. 22.

Good cause exists to allow PeopleConnect to file its short Reply. As the Renewed Petition explained, review is necessary because the District Court manifestly erred when it certified a class: (1) without providing a workable

1

method to winnow individuals who lack viable claims before final judgment, and (2) based on an indefensibly expansive reading of California law. The Reply demonstrates that the "plan" Plaintiff offers to remove from the class those individuals who do not have viable claims cannot be squared with the law of this Circuit or others, is unworkable, and would fail to protect PeopleConnect's Seventh Amendment and Due Process rights to challenge individual class members' claims. And the Reply further demonstrates the deficiencies in Plaintiff's Answer regarding how the class certification order hinged on Plaintiff's erroneous theory of liability under Section 3344.

Accordingly, PeopleConnect respectfully requests that the Court grant leave to file the accompanying Reply brief.

Date: June 10, 2024

Clifford W. Berlow
Debbie L. Berman
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
cberlow@jenner.com
dberman@jenner.com

Respectfully submitted,

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

*Attorneys for Defendant-Petitioner PeopleConnect, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that PeopleConnect's Motion For Leave To File Reply In Support Of Renewed Rule 23(f) Petition complies with Circuit Rules 27-1(1)(d) and 32-3 because the Motion is 359 words. The Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in 14-point Times New Roman font.

Dated: June 10, 2024

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn

# CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I, Ian Heath Gershengorn, hereby certify that I caused the Motion For Leave To File Reply In Support Of Renewed Rule 23(f) Petition to be electronically filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system on June 10, 2024. I further certify that on June 10, 2024, I caused these documents to be served by electronic mail and overnight mail, delivery charge prepaid, to the following:

Raina Challeen Borrelli
Samuel Joseph Strauss
Strauss Borrelli PLLC
980 N. Michigan Ave.
Suite 1610
Chicago, IL 60611
(872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com

Michael Francis Ram
Marie Noel Appel
Morgan & Morgan
Complex Litigation Group
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 358-6913
mram@forthepeople.com
mappel@forthepeople.com

Benjamin Ross Osborn
Law Office of Benjamin R. Osborn
102 Bergen Street, Apt. 4
Brooklyn, NY 11201
(347) 645-0464
ben@benosbornlaw.com

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn

*Attorney for Defendant-Petitioner PeopleConnect, Inc.*